MARK D. MILLER 116349
WILLIAM K. NELSON 279450
SIERRA IP LAW, PC
A Professional Corporation
7030 N. Fruit Ave., Suite 110
Fresno, California 93711
Post Office Box 5637
Fresno, California  93755-5637
Telephone:  (559) 436-3800
Facsimile:   (559) 436-4800

Attorneys for Plaintiff
BRITTBRANDT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| BRITTBRANDT, INC.,<br>a California Corporation,<br><br>           Plaintiff,<br><br>  v.<br><br>TOMMY CHAVEZ, VANESSA ROMO CHAVEZ, and DOES 1 through 10, inclusive.<br><br>           Defendant. | Case No.<br><br>**COMPLAINT FOR SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, UNFAIR COMPETITION AND DILUTION**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff BRITTBRANDT, INC., a California Corporation, for its complaint against Defendants Tommy Chavez and Vanessa Romo Chavez, and DOES 1 through 10, hereby alleges as follows:

**THE PARTIES**

1. Plaintiff BRITTBRANDT, INC. is a corporation organized and existing under the laws of the State of California having its principal place of business at 130 N. Encina, Visalia, California.

2. Defendant Tommy Chavez, on information and belief, is an individual and a

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

1

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

resident of the State of California, County of Tulare, and is doing business at 6836 W Pershing Ave, Visalia, California.

3. Defendant Vanessa Romo Chavez, on information and belief, is a resident of State of California, County of Tulare, and is doing business at 6836 W Pershing Ave, Visalia, California.

4. Plaintiff is presently unaware of the true names and capacities of the defendants identified herein under the fictitious names DOES 1 through 10. On information and belief, DOES 1 through 10 are responsible in some manner for the occurrences herein alleged, and Plaintiff's damages as herein alleged were proximately caused by those defendants. Plaintiff will amend its Complaint to identify the names and capacities of the DOE defendants when ascertained.

## JURISDICTION AND VENUE

5. This is a civil action arising under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, and under the statutory and common law of the State of California. Subject matter jurisdiction being expressly conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a). This court has pendant jurisdiction over all related claims herein in accordance with 28 U.S.C. § 1338(b).

6. This Court has supplemental jurisdiction over Plaintiff's pendent state law claims pursuant to 28 U.S.C. § 1367 in that the state law claims are integrally interrelated with Plaintiff's federal claims and arise from a common nucleus of operative facts such that the administration of Plaintiff's state law claims with its federal claims furthers the interest of judicial economy.

7. This Court has personal jurisdiction over defendants because they are residents of the County of Tulare, State of California, and operate an ongoing restaurant business in this District.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391 in that defendants reside in this judicial district, and defendants have committed a significant number of the offending acts in this judicial district.
LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

2

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

## FACTS COMMON TO ALL COUNTS

9. This is an action for damages and injunctive relief resulting from the infringement of Plaintiff's service mark and trade name, false designation of origin, and unfair competition, pursuant to 15 U.S.C. § 1051, et seq., California Business & Professions Code §§ 17000, et seq., California Business & Professions Code §§ 17200, et seq., California Business & Professions Code §§ 14330, et seq., and the common law.

10. Plaintiff and its predecessors have for many years been engaged in the business of providing food and restaurant services in Visalia, California under the trade name and service mark *Tommy's*.

11. Plaintiff is the owner and holder of rights in the trade name and service mark "*Tommy's*" by virtue of Plaintiff and its predecessors' long standing use of this mark in connection with restaurant services provided at its restaurant in Visalia, California. Plaintiff and its predecessors have been using its *Tommy's* service mark and trade name in connection with restaurant services continuously for at least ten (10) years, and Plaintiff has therefore acquired broad common-law rights in the *Tommy's* mark.

12. For many years prior to the acts of defendants complained of herein, Plaintiff has been and continues to operate under the "*Tommy's*" name, providing excellent food and restaurant services, and Plaintiff and its predecessors have extensively marketed such services in advertising and promotional materials which featured and drew attention to the *Tommy's* service mark. Examples of Plaintiff's use of its *Tommy's* mark are attached hereto as exhibit A and incorporated herein by this reference.

13. As a result of substantial development, marketing and advertising expenditures, Plaintiff has developed strong consumer demand for the food, dining and restaurant services provided under the *Tommy's* trade name and service mark. This mark is widely recognized by the trade and the consuming public as identifying Plaintiff as the source of high quality food and restaurant services. The "*Tommy's*" service mark has acquired a strong secondary meaning in the mind of the public in connection with Plaintiff's high quality food and restaurant services.

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

3

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

1 Substantial goodwill of great importance and value to Plaintiff exists in this mark.

2   14.   On information and belief, subsequent to establishment of Plaintiff's restaurant, and the continuous use and extensive advertising and use by Plaintiff of its *Tommy's* service mark and trade name, Defendants adopted the fictitious business name "Café Tommy", which is confusingly similar to Plaintiff's *Tommy's* trade name and service mark, and began providing restaurant services under the "Café Tommy" name in Visalia, California. Examples of defendants' use of the "Café Tommy" name are attached hereto as exhibit B and incorporated herein by this reference.

   15.   Plaintiff is informed and believes and thereon alleges that Plaintiff's common law rights in the *Tommy's* trade name and service mark are superior to defendants' rights, if any, in the name "Café Tommy" for at least the reason that Plaintiff first made a service mark use of the *Tommy's* trade name and service mark prior to the first use by defendants of the term "Café Tommy" and Plaintiff or its predecessors have used the mark *Tommy's* continuously since that first trademark use.

   16.   Plaintiff is informed and believes, and thereon alleges, that defendants' designation "Café Tommy" is a colorable imitation of Plaintiff's *Tommy's* trade name and service mark. Defendants use the name "Café Tommy" in interstate commerce in connection with the sale, and offering for sale of food and restaurant services. As such, defendants' use of the name "Café Tommy" is likely to cause confusion, mistake, or deception among consumers as to the source, quality, and nature of defendants' goods and services.

## COUNT 1

## SERVICE MARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION UNDER LANHAM ACT § 43

### (15 U.S.C. §1125(a))

   17.   Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 16, inclusive, above as though the same were fully set forth herein.

   18.   Defendants' use of the name "Café Tommy" as alleged herein, without Plaintiff's

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

4

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

consent, constitutes service mark infringement, false designation of origin, and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Defendants' service mark infringement, false designation of origin, and unfair competition are likely to cause confusion, or cause mistake, or to deceive the public as to the source, quality and nature of defendants' goods and services.

19. On information and belief, the designation "Café Tommy" was adopted by defendants with full knowledge of Plaintiff's successful marketing of food and restaurant services under the *Tommy's* service mark, and was adopted with full knowledge of the fame of the *Tommy's* mark, for the purpose of trading upon the goodwill associated with Plaintiff's mark, and to obtain recognition, demand, and salability for defendants' restaurant services that it otherwise would not have had.

20. Defendants' unauthorized use of the *Tommy's* service mark has caused confusion, mistake, and deception in the mind of the purchasing public and, thus, constitutes infringement of Plaintiff's rights, all in violation of 15 U.S.C. § 1125(a).

21. Plaintiff is entitled to recover from defendant the actual damages that it sustained and/or is likely to sustain as a result of defendants' wrongful acts. Plaintiff is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to suffer by reason of defendants' acts of false designation of origin.

22. Plaintiff is further entitled to recover from defendants the gains, profits, and advantages that defendants have obtained as a result of their wrongful acts. Plaintiff is presently unable to ascertain the full extent of the gains, profits, and advantages that defendants have realized by reason of its acts of service mark infringement, false designation of origin and unfair competition.

23. On information and belief, Defendants' acts of infringement are deliberate and willful, Plaintiff is entitled to an award of enhanced damages and profits under 15 U.S.C. § 1117.

24. Defendants' aforesaid acts are greatly and irreparably harming to Plaintiff and will continue to harm Plaintiff unless restrained by this Court, and, therefore, Plaintiff is without an adequate remedy at law.

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

5

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

## COUNT 2

## INFRINGEMENT OF SERVICE MARK AND TRADE NAME
## AND UNFAIR COMPETITION UNDER COMMON LAW

25. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 24, inclusive, above as though the same were fully set forth herein.

26. On information and belief, defendants' "Café Tommy" designations were adopted with full knowledge of Plaintiff's common law service mark and trade name *Tommy's*, as well as the fame of that mark, for the purpose of trading upon the goodwill associated with Plaintiff's mark, and to obtain recognition and demand for its restaurant services that it otherwise would not have had.

27. Defendants' unauthorized use of the *Tommy's* mark has caused confusion and mistake in the mind of the purchasing public and, thus, constitutes infringement of Plaintiff's rights, all in violation of the common law. On information and belief, Defendants' acts of infringement are deliberate and willful.

28. Plaintiff is entitled to recover from defendant the actual damages that it sustained and/or is likely to sustain as a result of defendants' wrongful acts. Plaintiff is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to suffer by reason of defendants' acts of service mark and trade name infringement.

29. Plaintiff is further entitled to recover from defendants the gains, profits, and advantages that defendants have obtained as a result of their wrongful acts. Plaintiff is presently unable to ascertain the full extent of the gains, profits, and advantages that defendants have realized by reason of their acts of service mark infringement.

30. Defendants' aforesaid acts are greatly and irreparably harming to Plaintiff and will continue to harm Plaintiff unless restrained by this Court, and, therefore, Plaintiff is without an adequate remedy at law.

## COUNT 3

## UNFAIR COMPETITION AND UNFAIR BUSINESS PRACTICES

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

6

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

**(California Business & Professions Code sections 17000, et seq. and 17200)**

31.     Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 30, inclusive, above as though the same were fully set forth herein.

32.     Defendants' unlawful conduct, including use of Plaintiff's trade name, service mark and goodwill for its own benefit, to the likely confusion of the public, constitutes unfair competition under California Business & Professions Code sections 17000, et seq. and 17200, et seq. and entitles Plaintiff to such relief as set forth in those statutes. On information and belief, defendants' aforesaid acts are deliberate and willful.

33.     By reason of defendants' misconduct, defendants have been unjustly enriched at the expense of Plaintiffs in a substantial sum, and Plaintiffs are entitled to the restitution of said sum which is as yet unknown to them. In addition, Plaintiffs are entitled to disgorgement of Defendants' ill-gotten gains in order to prevent further acts of unfair competition.

34.     Defendants' aforesaid acts are greatly and irreparably harming to Plaintiff and will continue to harm Plaintiff unless restrained by this Court, and, therefore, Plaintiff is without an adequate remedy at law.

## COUNT 6

### INJURY TO BUSINESS REPUTATION AND DILUTION

**(Cal. Bus. & Prof. Code § 14330)**

35.     Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 34, inclusive, above as though the same were fully set forth herein.

36.     Defendants' aforesaid acts dilute the distinctiveness of the *Tommy's* service mark in violation of the anti-dilution law of the State of California, California Business & Professions Code, Section 14330. On information and belief, defendants' aforesaid acts are deliberate and willful.

37.     Plaintiff is entitled to recover from Defendant the actual damages that it sustained and/or is likely to sustain as a result of defendants' wrongful acts. Plaintiff is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to suffer by

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

7

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

reason of Defendants' wrongful acts.

38. Plaintiff is further entitled to recover from defendants the gains, profits, and advantages that defendants have obtained as a result of their wrongful acts. Plaintiff is presently unable to ascertain the full extent of the gains, profits, and advantages that defendants have realized by reason of their wrongful acts.

39. Defendants' aforesaid acts are greatly and irreparably harming to Plaintiff and will continue to harm Plaintiff unless restrained by this Court, and, therefore, Plaintiff is without an adequate remedy at law.

## COUNT 7

### UNJUST ENRICHMENT UNDER COMMON LAW

40. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 39, inclusive, above as though the same were fully set forth herein.

41. By virtue of defendants' wrongful acts described above, defendants have been unjustly enriched in an amount to be proven at trial.

42. Defendants' retention of monies gained through its deceptive business practices, infringements, and otherwise would serve to unjustly enrich defendants and would be contrary to the interests of justice.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this court enter judgment in its favor and grant the following alternative and cumulative relief:

1. **Accounting.** That defendants be required to account to Plaintiff for all profits and damages resulting from defendants' unlawful activities.

2. **Injunctive Relief.** That a temporary restraining order, preliminary and permanent injunction be issued enjoining defendants and their agents, servants, employees, and attorneys and those in active concert or participation with them, from and in any way:

   a. Using the designations "Café Tommy", or any colorable imitation thereof

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

8

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

in any manner in connection with the providing of food or restaurant services, including advertising and promoting restaurant services; or using Plaintiff's *Tommy's* trade name and service mark, or any reproduction, counterfeit, copy or colorable imitation of Plaintiff's mark in any manner in connection with the providing of food or restaurant services, including advertising and promoting restaurant services;

      b.      Possessing, receiving, manufacturing, distributing, advertising, promoting, returning, or otherwise disposing of, in any manner, labels, tags, logos, decals, emblems, signs, and other forms of markings, any packaging, brochures, business cards, letterhead, flyers, catalogs, price lists, promotional materials and the like, bearing a copy or colorable imitation of Plaintiff's trade name or service mark;

      c.      Using any logo, trade name, trademark, or service mark which may be calculated to falsely represent, or which has the effect of falsely representing, that the services of defendants or of third parties as sponsored by, authorized by, or in any way associated with Plaintiff;

      d.      Representing themselves as being connected with, sponsored by, or in any way associated with Plaintiff, or engaging in any act that is likely to cause the trade, retailers, and/or members of the purchasing public to believe that defendants are associated with Plaintiff;

      e.      Otherwise infringing Plaintiff's common law service mark or trade name, or otherwise unfairly competing with Plaintiff;

      f.      Destroying, altering, disposing of, concealing, tampering with, or in any manner secreting any and all business records, invoices, correspondence, books of account, receipts, or other documentation relating or referring in any manner to the manufacture, advertising, receiving, acquisition, importation, purchase, sale or offer for sale, or distribution of any products or services bearing Plaintiff's trade name or service mark or any colorable imitation thereof; and

      h.      That defendants be required to deliver up to Plaintiff for destruction all packages, literature, labels, advertising and other materials of an infringing, false

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

misleading or unfair nature in defendants' possession or control and all plates, molds, matrices and other means of making the same; and

      i.    That defendants be required to file with the Court and serve on Plaintiff an affidavit setting forth in detail the manner and form in which defendants have complied with the terms of any injunction entered by this Court.

3.    **Damages.**  That Plaintiff be awarded damages against defendants as follows:

      a.    Plaintiff's actual damages and Defendants' profits pursuant to 15 U.S.C. section 1117(a); and

      b.    For three times such profits or damages as provided under 15 U.S.C. section 1117(b); and

      c.    Compensatory and other damages pursuant to state law.

4.    **Restitution, Disgorgement**.  For disgorgement of defendants' ill-gotten gains resulting from their unlawful activities and restitution of defendants' ill-gotten gains to Plaintiff.

5.    **Constructive Trust.**  For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in defendants' possession which rightfully belong to Plaintiff.

6.    **Attorneys' Fees and Costs**.  That Plaintiff have and receive their costs in this action, including an award of reasonable attorney fees pursuant to 15 U.S.C. section 1117 and Federal Rules of Civil Procedure 54(d).

7.    For such other and further relief as the court deems just and proper.

Dated:  August 31, 2016

                SIERRA IP LAW, PC
                A Professional Corporation


                By   */Mark D. Miller/*
                    MARK D. MILLER
                    Attorneys for Plaintiff,
                    BRITTBRANDT, INC.

LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
7030 North Fruit Avenue
Suite 110
P. O. Box 5637
Fresno, CA  93755-5637

10

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

**DEMAND FOR TRIAL BY JURY**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment to the Constitution of the United States, Plaintiff hereby demands a trial by jury on all issues so triable.

Dated:  August 31, 2016

        SIERRA IP LAW, PC
        A Professional Corporation

By   /*Mark D. Miller*/
        MARK D. MILLER
        Attorneys for Plaintiff,
        BRITTBRANDT, INC.

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

11

COMPLAINT FOR FALSE DESIGNATION OF ORIGN, SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL