UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTBRANDT, INC., | No. 1:16-cv-01295-DAD-SAB |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO RULE 41 |
| TOMMY CHAVEZ, VANESSA ROMO CHAVEZ, and DOES 1 through 10, inclusive, | |
| Defendants. | |

On March 17, 2017, the parties to this action filed a stipulation pursuant to Rule 41 of the Federal Rules of Civil Procedure seeking to dismiss this action with prejudice and having the court retain jurisdiction to enforce the settlement agreement of the parties. (Doc. No. 18.) Under Rule 41, an action may be dismissed at the plaintiff's request by court order on terms the court deems proper. Fed. R. Civ. P. 41(a)(2). The parties having so stipulated, the court orders this matter dismissed with prejudice. The court shall retain jurisdiction over the matter for the purposes of enforcing the parties' settlement agreement. *See Kokkonen v. Guardian Life Ins. of*

/////

/////

/////

/////

1

*Am.*, 511 U.S. 375, 381–82 (1994); *Alvarado v. Table Mountain Rancheria*, 509 F.3d 1008, 1017 (9th Cir. 2007).

Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **April 5, 2017**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE